IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL THOMAS STEWART, JR. [002523] <br><br> v. <br><br> WACKENHUT CORRECTIONS CORPORATION, ET AL. | Civil Action No. 01-0731 |

**O R D E R**

June 8, 2006

    Upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, Chief United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Clerk is directed to update Mr. Stewart's address on the docket and send a standard (non-prisoner) *in forma pauperis* application to him at his new address: 607 West 7th Street, Chester, PA 19013.

3. Within twenty days of the date of this Order, petitioner is to file the entire $150.00 filing fee or the initial $3.17 fee plus a standard (non-prisoner) *in forma pauperis* application with an affidavit regarding his inability to pay the balance of the filing fee, or inform the Court that he wishes to

discontinue this action.

                                      BY THE COURT:

                                      s/ Louis H. Pollak
                                      Louis H. Pollak, J.